IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY PATRICK TAYLOR,

      Appellant,

  v.

Case No.  5D22-630
LT Case No. 2021-001680-CFMA

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 27, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender,
and Susan A. Fagan, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.